# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>    Plaintiff,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC<br><br>    Defendant. | **Case No. 2:17-CV-2171-BHH-MGB** |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Nelson Bruce ("Plaintiff") and counsel for Defendant, Carrington Mortgage Services, LLC ("Defendant") hereby give notice that the parties are in the process of consummating a settlement agreement that would resolve this lawsuit, and request that this matter be stayed pending final consummation of the settlement. Final consummation of the settlement is expected to occur on or before November 1, 2018.

Submitted this the 26th day of September, 2018.

| | |
|---|---|
| /s/ Nelson L. Bruce_____<br>Nelson L. Bruce<br>144 Pavilion Street<br>Summerville, SC  29483<br><br>*Plaintiff* | BRADLEY ARANT BOULT CUMMINGS LLP<br><br>/s/ G. Benjamin Milam_____<br>G. Benjamin Milam (SC Bar No. 80311)<br>214 N. Tryon Street, Suite 3700<br>Charlotte, NC 28202<br>T: 704.338.6000<br>F:  704.338.6080<br>bmilam@bradley.com<br><br>*Attorney for Defendant Carrington Mortgage Services, LLC* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the parties listed below by deposition a copy thereof in the United States Mail, Postage pre-paid and addressed as follows:

Nelson L. Bruce
144 Pavilion Street
Summerville, SC  29483

This 26th day of September, 2018

/s/ G. Benjamin Milam
G. Benjamin Milam

2