THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NELSON L. BRUCE, <br><br> Plaintiff, <br><br> v. <br><br> CARRINGTON MORTGAGE SERVICES, LLC <br><br> Defendant. | Case No. 2:17-CV-2171-BHH-MGB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Nelson L. Bruce and Defendant Carrington Mortgage Services, LLC (collectively, the "Parties") and hereby stipulate that an amicable settlement of the claims in the above-styled action has been reached by and between the Parties. Therefore, the Parties, by and through the undersigned counsel, stipulate and agree that this action shall be dismissed with prejudice. Each party agrees to bear its own costs and attorney's fees unless otherwise agreed upon in the confidential settlement agreement and release agreed to and executed by the Parties.

Submitted this the __1__ day of ~~October,~~ November 2018.

/s/ Nelson L. Bruce
Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483

BRADLEY ARANT BOULT CUMMINGS LLP

/s/ G. Benjamin Milam
G. Benjamin Milam (SC Bar No. 80311)
214 N. Tryon Street, Suite 3700
Charlotte, NC 28202
T: 704.338.6000
F: 704.338.6080
bmilam@bradley.com

*Attorney for Defendant Carrington Mortgage Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the parties listed below by deposition a copy thereof in the United States Mail, Postage pre-paid and addressed as follows:

Nelson L. Bruce
144 Pavilion Street
Summerville, SC  29483

This 1st day of November, 2018

/s/ G. Benjamin Milam
G. Benjamin Milam